**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JS-6

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, AMERICAN AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor, by and through his Guardian Ad Litem, ANA GARRETT<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC., and Does 1-50, Inclusive.<br><br>Defendants. | **CASE NO.** CV09-6839JHN(JCx<br>LASC Case No.  BC 417672<br><br>**[PROPOSED] ORDER ON STIPULATION RE DISMISSAL**<br>[*F.R.C.P.*, **Rule 41(a)(1)**]<br><br>Complaint Filed: July 10, 2009 |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

The OSC issued on June 16, 2010 is discharged. All dates scheduled in this case are hereby **VACATED**.

**IT IS SO ORDERED**.

DATED:    June 18, 2010

_____
HONORABLE JUDGE OF THE
U.S. DISTRICT COURT,
JACQUELINE H. NGUYEN

---

1
[PROPOSED] ORDER ON STIPULATION RE DISMISSAL